# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** |
| v. | CASE NUMBER: 06-7025M |
| GERALD PICQUET | KENT GRAY |

**THE DEFENDANT:**

Pled guilty to Count One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses: offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CRS 42-4-1301(1)(a) | Driving Under the Influence | 01/08/2006 | 1 |

    The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

May 3, 2006
Date of Imposition of Judgment

s/Daniel B. Sparr
Signature of Judicial Officer

Daniel B. Sparr
Senior U.S. District Judge
Name & Title of Judicial Officer

May 3, 2006
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of five (5) days suspended on the condition of successful completion of one year of unsupervised probation.

## PROBATION

The defendant is hereby placed on probation for a term of one year, unsupervised. As a condition of probation defendant is to complete Level II Drug/Alcohol Education and a Conflict Management Class, pay for same and provide proof of completion of same to the government. Defendant shall complete these courses during the period of his unsupervised probation.

Defendant shall complete sixty-two hours of community service, two with the MADD organization and shall provide proof of same to the government.

The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

|            | **Other Fees** | **Fine** | **Restitution** |
|------------|----------------|----------|-----------------|
| Spec. Asmt | $10.00         | $515.00  | $0.00           |
| Proc. Fee  | $25.00         |          |                 |
| **TOTALS** | $35.00         | $515.00  | $0.00           |

Defendant's costs shall be paid on or before August 15, 2006; defendant shall pay his fine on or before April 18, 2007.